JOHN LEWALLEN v. STATE.

No. A-613. Opinion Filed June 20, 1911.

Appeal from Superior Court, Pittsburg County; P. D. Brewer, Judge.

John Lewallen was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

A. C. Markley, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Plaintiff in error was convicted in the superior court of Pittsburg county on a charge of selling intoxicating liquor, and judgment was entered against him in said court on the 16th day of December, 1909. The petition in error and case-made were filed in this court on the 15th day of February, 1910, more than sixty days after the rendition of the judgment. No extension of the statutory period in which to perfect the appeal was asked for or granted by the trial court. The appeal not having been taken in the time allowed by law, this court has no jurisdiction to review the errors complained of, and the same is dismissed.

---

JAMES BUTLER v. STATE.

No. A-603. Opinion Filed June 20, 1911.

Appeal from Pawnee County Court; H. T. Conley, Judge.

James Butler was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

E. M. Clark and Geo. E. Merritt, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and Redmond S. Cole, Co. Atty. of Pawnee county, for defendant in error.

PER CURIAM. This is an appeal by case-made from a judgment of the county court of Pawnee county, imposing a fine of three hundred dollars and a jail sentence of three calendar months on the plaintiff in error, for having unlawful possession of intoxicating liquor for the purpose of selling the same. The case-made was never filed in the office of the clerk of the county court of Pawnee county, and counsel for the state have filed a motion to strike the case-made, and dismiss the appeal on this ground. The motion is sustained and the appeal accordingly dismissed.